IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHRISTOPHER MCCULLOUGH, #174 909      *

    Petitioner,      *

    v.      *      3:07-CV-26-MEF

DANIEL JONES, WARDEN, *et al.*,      *

    Respondents.      *

_____

## ORDER ON MOTION

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, and for good cause, it is

ORDERED that the motion (Doc. No. 3) be and is hereby GRANTED.

Done, this 16th day of January 2007.

        /s/ Susan Russ Walker
        SUSAN RUSS WALKER
        UNITED STATES MAGISTRATE JUDGE