| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Carolyn Cutts_  ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>                                              1-17 |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

c/o Daniel Jones, Warden
W E Donaldson Correctional Facility   OR Cmp & Brief
100 Warrior Lane
Bessemer, AL 35203

3:07 CV 26

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(Transfer from service label)   7006 2760 0002 8193 0364

PS Form 3811, February 2004    Domestic Return Receipt    102595-0