| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Taylor_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 1/18/07 |
| 1. Article Addressed to:<br><br>Troy King<br>Attorney General's Office<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130<br><br>_Order R. Onp-e-Brief_ | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3:07cv26-MEF<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0002 8193 0357 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540