IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRISTOPHER MCCULLOUGH, )
                       )
    PETITIONER,        )
                       )
                       )
vs.                    )   CASE NO. 3:07-CV-26-MEF
                       )          (WO)
                       )
DANIEL JONES, WARDEN, et al., )
                       )
    RESPONDENTS.       )

## RESPONDENTS' REQUEST FOR EXTENSION OF TIME

Come now the Respondents, by and through the Attorney General for the State of Alabama, and hereby request a fourteen (14) day extension of time in which to file their response as directed by this Court's January 16, 2007 order. The Respondents request this extension on the following grounds:

1. The original due date for this response to the instant petition for a writ of habeas corpus, as directed by this Court's January 16, 2007 order, is Monday, February 5, 2007.

2. Undersigned counsel is currently in the process of obtaining trial court and appellate court records regarding the Petitioner's 2002 first degree burglary and first degree theft convictions challenged in the instant habeas petition, and has thus been unable to properly respond to the Petitioner's claims by this date.

3. If this Court were to grant this request for an extension of time, the response will be due on February 19, 2007. Undersigned counsel will make all efforts to submit said response long before that date. The Petitioner will not be prejudiced by this extension in any manner.

Therefore, for these reasons, the Respondents respectfully request this Court to extend its due date for said response to February 19, 2007.

> Respectfully submitted,
>
> Troy King(KIN047)
> Attorney General
> By:
>
>
> /s/Marc A. Starrett
> Marc A. Starrett
> Assistant Attorney General
>
> ID #STARM1168

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

> CHRISTOPHER MCCULLOUGH, AIS # 174909
> Inmate, Donaldson Correctional Facility
> 100 Warrior Lane
> Bessemer, Alabama 35023

> /s/Marc A. Starrett
> Marc A. Starrett (STARM1168)
> Office of the Attorney General
> Alabama State House
> 11 South Union
> Montgomery, AL 36130-0152
> Telephone: (334) 242-7300
> Fax: (334) 242-2848
> E-Mail: MStarrett@AGO.State.Al.US

ADDRRESS OF COUNSEL;

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama 36130-0152
(334) 242-7300

229344

3