IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHRISTOPHER MCCULLOUGH, #174 909   *

    Petitioner,   *

    v.   *   3:07-CV-26-MEF

DANIEL JONES, WARDEN, *et al.*,   *

    Respondents.   *

_____

## ORDER ON MOTION

Respondents filed a Motion for Extension of Time on February 5, 2007. Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 8), is GRANTED; and

2. Respondents are GRANTED an extension from February 6, 2007 to February 20, 2007 to file their answer.

Done, this 5th day of February 2007.

            /s/ Susan Russ Walker
           SUSAN RUSS WALKER
           UNITED STATES MAGISTRATE JUDGE