IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |  |
|---|---|---|
| CHRISTOPHER MCCULLOUGH, #174 909 | * | |
| Petitioner, | * | |
| v. | * | 3:07-CV-26-MEF |
| DANIEL JONES, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that the court's order entered February 21, 2007 (Doc. No. 13) be VACATED.

DONE, this 21st day of February 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE