IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| CHRISTOPHER MCCULLOUGH, #174 909 | * | |
| Petitioner, | * | |
| v. | * | 3:07-CV-26-MEF |
| DANIEL JONES, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 20), is GRANTED; and

2. Respondents are GRANTED an extension from April 12, 2007 to May 3, 2007 to file their supplemental answer in accordance with the court's March 15, 2007 order.

DONE, this 12th day of April 2007.

　　　　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE