IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA
         EASTERN DIVISION

CHRISTOPHER McCULLOUGH    *
      #174909
      PETITIONER,   * CASE NO:
                         * 3:07-CV-26-MEF
  V.                    *
DANIEL JONES, WARDEN   *
      RESPONDENT, *

## MOTION FOR EXTENSION OF TIME

COMES NOW THE PETITIONER OF SAID CAUSE CHRISTOPHER McCULLOUGH MOVES THIS COURT FOR AN EXTENSION OF TIME REASON FOR IS THAT PETITIONER HAS TO PRODUCE INDEPENDENT EVIDENCE TO DISCLOSE TO THIS COURT THAT HE DID INDEED ATTEMPT TO ASCERTAIN THE STATUS OF THIS ORDER SEVERAL TIMES ON WHICH IF ALLOWED THE EXTENSION OF TIME, THE PETITIONER WILL DISCLOSE SEVERAL EXHIBITS WITH THE SAID CASE WITH AN SWORN AFFIDAVIT OF THE SITUATION

## CERTIFICATE OF SERVICE

I CHRISTOPHER McCULLOUGH DO HEREBY CERTIFY THAT I HAVE SENT AN EXACT SAME COPY OF THE FOREGOING TO: TROY KING
ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, AL 36130-0152

THIS THE 16TH DAY OF MAY 2007 BY PLACING THE SAME IN THE MAIL POSTAGE PAID BY PLACING IN AN UNITED STATES MAIL POSTOFFICE.

Signature, Christopher McCullough
Christopher McCullough
PRO'SE