IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHRISTOPHER MCCULLOUGH,           *
#174 909
     Petitioner,                *

     v.                         *        3:07-CV-26-MEF

DANIEL JONES, WARDEN, *et al*.,   *

     Respondents.               *

_____

**ORDER ON MOTION**

Petitioner seeks a second extension of time to comply with the court's May 3, 2007 order directing him to show cause why his habeas application should not be dismissed as time-barred.  Petitioner's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1.  Petitioner's Motion for Extension of Time (Doc. No. 26) is GRANTED;

2.  Petitioner is GRANTED an extension from  June 12, 2007 to July 5, 2007 to comply with the court's May 3, 2007 order.

DONE, this 12th day of June 2007.


         /s/ Susan Russ Walker
        SUSAN RUSS WALKER
        UNITED STATES MAGISTRATE JUDGE